THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Roger D. and Brenda D., Respondents,
 
 
 

v.

 
 
 
 Susan C. and Ronnie B.,
 In Re:  J. M. C., DOB: 07/08/02, a minor under the age of five years, Defendants,
 of whom Susan C. is Appellant.
 
 
 

Appeal From Anderson County
Timothy M. Cain, Family Court Judge

Unpublished Opinion No. 2006-UP-349
Submitted October 1, 2006  Filed October 18, 2006

AFFIRMED

 
 
 
 Samantha Nelson Murphy, of Anderson, for Appellant. 
 Nancy Jo Thomason, of Anderson, for Respondents.
 
 
 

PER CURIAM:  Susan C. appeals a family court order terminating her parental rights to her minor son, J.M.C.  After a thorough review of the record pursuant to Ex Parte Cauthen, 291 S.C. 465, 354 S.E.2d 381 (1987) and SCDSS v. Frederick Downer, Sr., S.C. Sup. Ct. Order dated February 2, 2005 (expanding the procedure set forth in Cauthen to situations where an indigent person appeals from an order imposing other measures short of termination of parental rights, such as removal, based on child abuse and neglect), we affirm the family courts ruling and grant counsels petition to be relieved.[1]
AFFIRMED.
HEARN, C.J., STILWELL, and KITTREDGE, JJ., concur.

[1]  We decide this case without oral argument pursuant to Rule 215, SCACR.